LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3823 GAF (AGRx) | Date | June 21, 2010 |
|---|---|---|---|
| Title | Jose L. Chavez v. Ortiz Family, LLC | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**    (In Chambers)

## ORDER TO SHOW CAUSE

Plaintiff Jose Chavez ("Chavez") has filed suit against defendant Ortiz Family, LLC ("Ortiz Family"). Although Chavez's complaint asserts that the Court has diversity subject matter jurisdiction in this case (Compl. ¶ 3.), his allegations regarding the parties' citizenship are presently inadequate.

28 U.S.C. § 1332 provides that this Court has original jurisdiction of all civil actions between "citizens of a State and citizens or subjects of a foreign state." 28 U.S.C.§ 1332(a)(2). However, for purposes of section 1332, "an LLC is a citizen of every state of which its owners/members are citizens." Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006).

Chavez has clearly alleged that he is "a citizen of the Country of Mexico." (Compl. ¶ 1.) However, he describes Ortiz Family as a limited liability company "organized under the laws of the State of California [with its] principal place of business in . . . California," and thus excludes any reference to the citizenship of Ortiz Family's owners or members. (Compl. ¶ 2.) Accordingly, Chavez has not adequately pled a basis for the Court's jurisdiction under section 1332.

Chavez is therefore **ORDERED TO SHOW CAUSE**, no later than **Wednesday, June 30, 2010**, why this case should not be dismissed for lack of subject matter

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3823 GAF (AGRx) | Date | June 21, 2010 |
|---|---|---|---|
| Title | Jose L. Chavez v. Ortiz Family, LLC | | |

jurisdiction. The submission of a supplemental memorandum that adequately alleges the citizenship of Ortiz Family's owners or members shall constitute a sufficient response to this order. Failure to timely respond shall constitute consent to dismissal of the case.

**IT IS SO ORDERED.**

Cc:  Frank Phillip Agello
     Raj D. Roy
     Roy Legal Group
     8345 Reseda Boulevard, Suite 222
     Northridge, CA 91234